## Commonwealth ex rel. McLemore, Appellant, *v.* Russell.

Submitted November 8, 1965.

*William McLemore,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. McNeish, Appellant, *v.* Cavell.

Submitted November 8, 1965.

*Clyde L. McNeish,* appellant, in propria persona; *Robert F. Hawk,* Assistant District Attorney, and *John H. Brydon,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Miller, Appellant, *v.* Maroney.

Submitted November 8, 1965. *James E. Miller,* appellant, in propria persona; *William F. Caruthers,* Assistant District Attorney, and *Richard E. McCormick,* District Attorney, for appellee.

Order affirmed.